UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL MURRAY | § | |
| | § | |
| v. | § | CIVIL NO. 4:23-CV-919-SDJ |
| | § | |
| EXXON MOBIL CORPORATION, ET AL. | § § | |

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order on this date, it is **CONSIDERED**, **ORDERED**, and **ADJUDGED** that Plaintiff Michael Murray's claims are hereby **DISMISSED with prejudice**.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to close this civil action.

**So ORDERED and SIGNED this 29th day of September, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE